UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Ronald E. Schaefer,
Schaefer Ventilation
Equipment, LLC,

Plaintiffs,

vs. ORDER

MIH Marketing Group, Inc.,
MIH Manufacturing, Inc.,
Dillon Industrial Fan Co.,
Dillon Industrial Fan Corp.,

Defendants. Civ. No. 00-2113 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

To: Gerald Eugene Helget, Rider Bennett Egan & Arundel, 2000 Metro Ctr., 333 S. 7th St., Minneapolis, MN 55402

At Duluth, in the District of Minnesota, this 30th day of January, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on September 11, 2000, by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendants have

(2)

JAN 30 2001
FILED
FRANCIS E. [illegible]
JUDGMENT ENTD
DEPUTY CLERK

not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiffs is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendants and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE