UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ronald E. Schaefer and Schaefer Ventilation Equipment, LLC,

Plaintiffs,

v.

MIH Marketing Group, Inc., MIH Manufacturing, Inc., Dillon Industrial Fan Company, and Dillon Industrial Fan Corp.,

Defendants.

Civil File No. 00-CV-2113 (JRT/RLE)

**ORDER**

---

The above-entitled matter came before the undersigned United States Magistrate Judge upon the Plaintiffs' Motion for an extension of time to effectuate service of process upon Defendants. See Fed. R. Civ. P. 4(m). Good cause has been shown in support of the Motion.

WHEREFORE, it is --

ORDERED:

1. That Plaintiffs' Motion for Extension of Time to Effectuate Service of Process is GRANTED.

2. That Plaintiffs shall have until **March 9, 2001,** to effectuate service of process upon Defendants.

Dated: Feb-16, 2001

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

7

FEB 16 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK