UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Ronald E. Schaefer and Schaefer Ventilation Equipment, LLC,

Plaintiffs,

v.

MIH Marketing Group, Inc., MIH Manufacturing, Inc., Dillon Industrial Fan Company, and Dillon Industrial Fan Corp.,

Defendants.

Civil File No. 00-CV-2113 (JRT/RLE)

**ORDER**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 25th day of May, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A), and upon the Court's monitoring of compliance with its Order of May 9, 2001, and the Plaintiffs' response thereto.

NOW, THEREFORE, It is --

ORDERED:

That, **by no later than June 5, 2001**, counsel for the Plaintiffs is directed to:

682248-1

15

FILED MAY 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Notify the defendants that they are required to serve and file their Answer or some other responsive pleading, or to move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no response is filed;

2. File an application for entry of default unless the required pleading is filed within 10 days of the referenced notification; or

3. Advise the Court in writing of any good cause to the contrary.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE