UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Ronald E. Schaefer and Schaefer Ventilation Equipment, LLC,

Plaintiffs,

v.

MIH Marketing Group, Inc., MIH Manufacturing, Inc., Dillon Industrial Fan Company, and Dillon Industrial Fan Corp.,

Defendants.

Civil File No. 00-CV-2113 (JRT/RLE)

**ORDER**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The above-entitled matter came on for hearing before the undersigned United States District Judge, upon Plaintiffs' informal motion to vacate the Court's order of dismissal of July 31, 2001.

Based upon the foregoing, and upon all files, records and proceedings herein, the Court makes the following ORDER:

1. That the Court's Order of July 31, 2001, dismissing this case for failure to prosecute is hereby vacated; and

2. That Plaintiffs' Complaint is dismissed pursuant to Plaintiffs' Notice of Voluntary Dismissal filed July 25, 2001.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 30, 2001
At Minneapolis, Minnesota

BY THE COURT:

John R. Tunheim

Judge John R. Tunheim
United States District Court

723502-1

AUG 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK